**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINAS NAZAR KARANGOLIAN,<br><br>               Petitioner,<br><br>        v.<br><br>D. MARIN, et al.,<br><br>              Respondents. | Case No. 5:26-cv-0594-WLH (RAO)<br><br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

**IT IS ORDERED AND ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted.

DATED: April 22, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE